LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

Attorneys for Plaintiffs Francisco Duarte
  and Alejandro Gutierrez

DALE L. ALLEN, JR. SBN 145279
ALLEN, GLAESSER, HAZELWOOD& WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile:   (415) 813-2045

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER (1641); ERIC B. HOWARD (2448); MICHAEL GANDY (2858), CONNER NELSON (2613), SGT. UNDERWOOD, AND DOES 1-100.<br><br>    Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>STIPULATION FOR LEAVE TO AMENDED ANSWER; ORDER THEREON<br>FRCP 15(a)(2) |

  Plaintiffs filed their complaint on December 31, 2018.  Defendants answered on January 24, 2019.  The parties have conferred on the applicability of Fed. Rules of Civ. Proc. 12(f) to defendants' answers and hereby stipulate that defendants may file an amended answer.

IT IS HEREBY STIPULATED by and between the parties that defendants may file an amended answer by March 1, 2019.

IT IS SO STIPULATED:

Dated: February 19, 2019                LAW OFFICES OF YOLANDA HUANG


By:_____
     YOLANDA HUANG
     Attorney for Plaintiffs Duarte & Gutierrez

IT IS SO STIPULATED:

Dated:  February 19, 2019           ALLEN, GLAESSER, HAZELWOOD& WERTH, LLP


By : __/s/_ Dale L. Allen_ (as authorized on 2.19.2019)_
         DALE . ALLEN
         Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE