LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

Attorneys for Plaintiffs Francisco Duarte
  and Alejandro Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER (1641); ERIC B. HOWARD (2448); MICHAEL GANDY (2858), CONNER NELSON (2613), SGT. UNDERWOOD, AND DOES 1-100.<br><br>Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT |
|---|---|

After considering Plaintiff Francisco Duarte's and Alejandro Gutierrez' Motion for Leave to file Amended Pleading (ECF No. 9), Defendants' Statement of Non-Opposition thereto (ECF No. 11), and good cause appearing,

Plaintiffs' Motion (ECF No. 9) is GRANTED. Plaintiffs are directed to file the Proposed First Amended Complaint attached as an Exhibit to said Motion not later than ten (10) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE