| | |
|---|---|
| DALE L. ALLEN, JR., State Bar No. 145279<br>dallen@aghwlaw.com<br>PATRICK MORIARTY, State Bar No. 213185<br>pmoriarty@aghwlaw.com<br>ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>T: (415) 697-2000 | F: (415) 813-2045 | STEPHANIE Y. WU, SBN 268948<br>Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY, CITY OF STOCKTON<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, California 95202<br>T: (209) 937-8333 | F: (209) 937-8898<br>stephanie.wu@stocktonca.gov |

*Attorneys for Defendants,*

CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER, ERIC B. HOWARD, MICHAEL GANDY, CONNER NELSON, and SGT. UNDERWOOD

YOLANDA HUANG, State Bar No. 104543
yhuang.law@gmail.com
LAW OFFICE OF YOLANDA HUANG
P.O. Box 5475
Berkeley, CA 94705
Telephone:  (510) 329-2140
Facsimile:  (510) 580-9410

*Attorneys for Plaintiffs,*
FRANCISCO DUARTE and ALEJANDRO GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO DUARTE and ALEJANDRO GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER, ERIC B. HOWARD, MICHAEL GANDY, CONNER NELSON, and SGT. UNDERWOOD; and Does 1-50,<br><br>Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

**STIPULATION**

1. Allen, Glaessner, Hazelwood & Werth, LLP is and has been counsel of record for Defendants during the entire course of this action.

2. Allen, Glaessner, Hazelwood & Werth, LLP will be transferring this matter and its files relating to this action to the City of Stockton's Office of the City Attorney to directly defend and handle internally.

3. Attorney Stephanie Wu just commenced her employment with the City of Stockton as a Deputy City Attorney on November 18, 2019 and will be substituting into this action as attorneys for Defendants. Attorney Wu will be out of the country on a pre-planned, prepaid vacation from December 20, 2019 through January 7, 2020.

4. The pleadings in this action are not yet settled as Plaintiffs filed a First Amended Complaint in this action on November 13, 2019 and Defendants have now filed a motion to dismiss, which is pending before this Court.

5. The parties are still in the process of completing fact discovery in this matter. Defendants have propounded their first set of written discovery, the responses to which are due on December 30, 2019. The depositions of Plaintiffs and several defendants have yet to be completed.

6. Based on the initial scheduling order, fact discovery in this matter closes on December 31, 2019, expert witness disclosures are due on February 29, 2020, rebuttal expert disclosures are due on March 30, 2020, and the dispositive motion filing deadline is June 29, 2020.

7. In light of the foregoing, the defendants believe good cause exists to modify the scheduling order by extending all pretrial discovery deadlines by three (3) months and the dispositive motion filing deadline by two (2) months. By entering into this stipulation, plaintiffs are not stipulating to good cause for continuance, but do so as a professional courtesy to incoming new counsel. Defendants first initiated discovery on November 27, 2019.

8. If the Court does not sign an order by December 31, 2019, which is the current date for fact discovery cut-off, to extend the dates as stated herein under paragraph 6, then plaintiffs stipulation is withdrawn.

| | | |
|---|---|---|
| 1 | Dated: December 3, 2019 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| 2 | | |
| 3 | | By: /s/ PATRICK MORIARTY |
| 4 | | (*as authorized on 12/3/19*) |
| | | Patrick Moriarty |
| 5 | | *Attorneys for Defendants,* |
| | | CITY OF STOCKTON, STOCKTON POLICE |
| 6 | | DEPARTMENT, ERIC JONES, KEVIN JAYE |
| | | HACHLER, ERIC B. HOWARD, MICHAEL |
| 7 | | GANDY, CONNER NELSON, and SGT. |
| | | UNDERWOOD |
| 8 | | |
| 9 | Dated: December 9, 2019 | OFFICE OF THE CITY ATTORNEY |
| | | CITY OF STOCKTON |
| 10 | | |
| 11 | | |
| | | By: /s/ STEPHANIE Y WU |
| 12 | | Stephanie Y. Wu |
| 13 | | *Attorneys for Defendants,* |
| | | CITY OF STOCKTON, STOCKTON POLICE |
| 14 | | DEPARTMENT, ERIC JONES, KEVIN JAYE |
| | | HACHLER, ERIC B. HOWARD, MICHAEL |
| 15 | | GANDY, CONNER NELSON, and SGT. |
| | | UNDERWOOD |
| 16 | | |
| 17 | Dated: December 9, 2019 | LAW OFFICE OF YOLANDA HUANG |
| 18 | | |
| 19 | | By: /s/ YOLANDA HUANG |
| | | (*as authorized on 12/9/19*) |
| 20 | | Yolanda Huang |
| | | *Attorneys for Plaintiffs,* |
| 21 | | FRANCISCO DUARTE and ALEJANDRO |
| | | GUTIERREZ |

## **ORDER**

Pursuant to the stipulation of the parties and finding good cause therefor, IT IS HEREBY ORDERED that the initial scheduling order shall be modified as follows:

|  | **INITIAL DEADLINE** | **MODIFIED DEADLINE** |
|---|---|---|
| Non-Expert Discovery Cutoff | December 31, 2019 | March 31, 2020 |
| Expert Witness Disclosure | February 29, 2020 | May 29, 2020 |
| Rebuttal Witness Disclosure | March 30, 2020 | June 30, 2020 |
| Dispositive Motion Filing Deadline | June 28, 2020 | August 28, 2020 |

**IT IS SO ORDERED.**

DATED: December 30, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE