LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

Attorneys for Plaintiffs Francisco Duarte
 and Alejandro Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER (1641); ERIC B. HOWARD (2448); MICHAEL GANDY (2858), CONNER NELSON (2613), SGT. UNDERWOOD, AND DOES 1-100.<br><br>    Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>STIPULATION TO AMEND THE SCHEDULING ORDER (Dkt. 23); ORDER THEREON |
|---|---|

  WHEREAS, the coronavirus pandemic is a regional and national health emergency;

  WHEREAS courts are reducing activities, limiting public access and delaying trials;

  WHEREAS the seven (7) Bay Area counties have issued public health orders (pursuant to California Health and Safety Code ¶120295, et seq.), requiring the public to shelter in place through April 7, 2020;

  WHEREAS all non-essential businesses, including that of court reporters, have been ordered to suspend operation;

WHEREAS the parties have duly noticed two depositions, plaintiffs' deposition for the Person Most Knowledgeable on behalf of defendant City of Stockton on the operation and use of police body worn cameras, now calendared for March 24, 2020; and defendants' depositions to complete the deposition of Plaintiff Alejandro Gutierrez and conduct the deposition of Plaintiff Francisco Duarte, now calendared for March 26, 2020; and conducting these depositions is not possible in light of the shelter in place orders;

In light of the foregoing, the parties believe that there is good cause to extend all pretrial discovery by five (5) weeks as follows:

|  | **CURRENT DEADLINE** | **MODIFIED DEADLINE** |
|---|---|---|
| Non-Expert Discovery Cutoff | March 31, 2020 | May 1, 2020 |
| Expert Witness Disclosure | May 29, 2020 | July 3, 2020 |
| Rebuttal Witness Disclosure | June 30, 2020 | July 31, 2020 |
| Dispositive Motion Filing Deadline | August 28, 2020 | October 2, 2020 |

Respectfully submitted,

Dated: March 17, 2020            LAW OFFICE OF YOLANDA HUANG

By:   */s/ Yolanda Huang*
     YOLANDA HUANG
     Attorneys for Defendants
     FRANCISCO DUARTE and ALEJANDRO GUTIERREZ

Dated: March 17, 2020            OFFICE OF THE CITY ATTORNEY
                                             CITY OF STOCKTON

By:*/s/ Jamil Ghannam* (as authorized on 3.17.2020)
     JAMIL GHANNAM
     *Attorneys for Defendants,*
     CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER, ERIC B. HOWARD, MICHAEL GANDY, CONNER NELSON, and SGT. UNDERWOOD

# ORDER

Pursuant to the stipulation of the parties and finding good cause therefor, IT IS HEREBY ORDERED that the scheduling order (Dkt 23) shall be modified as follows:

|  | **CURRENT DEADLINE** | **MODIFIED DEADLINE** |
|---|---|---|
| Non-Expert Discovery Cutoff | March 31, 2020 | May 1, 2020 |
| Expert Witness Disclosure | May 29, 2020 | July 3, 2020 |
| Rebuttal Witness Disclosure | June 30, 2020 | July 31, 2020 |
| Dispositive Motion Filing Deadline | August 28, 2020 | October 2, 2020 |

IT IS SO ORDERED.

DATED: March 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE