JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMIL GHANNAM, Deputy City Attorney
State Bar No. 300730
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT,
ERIC JONES, KEVIN JAYE HACHLER, ERIC B. HOWARD,
MICHAEL GANDY, CONNER NELSON, and SGT. UNDERWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ, </br></br>Plaintiffs,</br></br>vs.</br></br>CITY OF STOCKTON, et al.,</br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:19-cv-00007-MCE-CKD</br></br>**STIPULATION AND ORDER TO AMEND PRE-TRIAL DISCOVERY/SCHEDULING ORDER AT DOC. 32** |
|---|---|---|

The coronavirus (COVID-19) pandemic has been declared a regional and national health emergency.

Courts are necessarily reducing activities, limiting public access and delaying trials.

As of this stipulation numerous counties in California, including San Francisco, Alameda, San Joaquin and Sacramento County, and the State of California have issued public health orders pursuant to Cal. Health and Safety Code, § 120295, et seq. (*see e.g.,* Executive Order N-33-20,[1] Order of San Joaquin County Public Health Officer[2]) requiring the public to shelter in place.

Numerous non-essential businesses, including that of court reporters, have been ordered to suspend operation.

Prior to the issuance of these public health orders the parties noticed depositions in this matter. Plaintiffs' deposition for the Person Most Knowledgeable on behalf of defendant City of Stockton on the operation and use of police body worn cameras, was originally calendared for

---

[1] https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf
[2] https://www.sjgov.org/WorkArea/DownloadAsset.aspx?id=32463

1

STIPULATION AND PROPOSED ORDER TO AMEND PRE-TRIAL DISCOVERY/SCHEDULING ORDER AT DOC. 32

March 24, 2020 and had been tentatively continued to April 21, 2020. Defendants' noticed depositions to complete the deposition of Plaintiff Alejandro Gutierrez and conduct the deposition of Plaintiff Francisco Duarte, originally calendared for March 26, 2020 were tentatively continued to April 23, 2020. Due to the continued imposition of shelter in place orders, closing of non-essential businesses and recommended social distancing to curb the spread of the COVID-19 pandemic, conducting these depositions is not reasonably practicable in light of these governmental health and safety orders.

Due to the COVID-19 pandemic, the parties previously had to extend the discovery deadlines in this matter. (*See* Docs. 31, 32.) In light of the foregoing and continued conditions due to the COVID-19 pandemic, the parties believe that there is good cause to extend all pretrial discovery by as follows for the purpose of completing the above depositions:

|  | **CURRENT DEADLINE** | **MODIFIED DEADLINE** |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | May 1, 2020 | June 5, 2020 |
| Expert Witness Disclosure | July 3, 2020 | August 7, 2020 |
| Rebuttal Witness Disclosure | July 31, 2020 | September 4, 2020 |
| Dispositive Motion Filing Deadline | October 2, 2020 | November 6, 2020 |

Respectfully submitted

Dated: April 20, 2020                    JOHN M. LUEBBERKE
                                         CITY ATTORNEY


                                         BY    */s/ Jamil R. Ghannam*
                                             JAMIL GHANNAM
                                             DEPUTY CITY ATTORNEY
                                             Attorneys for Defendants
                                             CITY OF STOCKTON, STOCKTON
                                             POLICE DEPARTMENT, ERIC JONES,
                                             KEVIN JAYE HACHLER, ERIC B.
                                             HOWARD, MICHAEL GANDY, CONNER
                                             NELSON, and SGT. UNDERWOOD


Dated: April 20, 2020                    LAW OFFICE OF YOLANDA HUANG


                                         By: */s/ Yoland Huang* as authorized April 20, 2020
                                             YOLANDA HUANG
                                             Attorneys for Plaintiffs
                                             FRANCISCO DUARTE and ALEJANDRO
                                             GUTIERREZ

**ORDER**

Pursuant to the stipulation of the parties and finding good cause therefor, IT IS HEREBY ORDERED that the scheduling order (Doc. 32) shall be modified as follows:

|  | **CURRENT DEADLINE** | **MODIFIED DEADLINE** |
|---|---|---|
| Non-Expert Discovery Cutoff | May 1, 2020 | June 5, 2020 |
| Expert Witness Disclosure | July 3, 2020 | August 7, 2020 |
| Rebuttal Witness Disclosure | July 31, 2020 | September 4, 2020 |
| Dispositive Motion Filing Deadline | October 2, 2020 | November 6, 2020 |

**IT IS SO ORDERED.**

**Dated:  April 28, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE