LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

Attorneys for Plaintiffs Francisco Duarte
  and Alejandro Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ<br>            Plaintiff,<br><br>    vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER (1641); ERIC B. HOWARD (2448); MICHAEL GANDY (2858), CONNER NELSON (2613), SGT. UNDERWOOD, AND DOES 1-100.<br><br>            Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SANCTIONS AND TO SHOW CAUSE (DKT. 36); ORDER THEREON |

WHEREAS, the parties have initiated meet and confer regarding the issues raised in Defendants' motion for sanctions and to show cause;

WHEREAS the parties have also included within their meet and confer, discussion of the overall appropriate confidentiality designations of discovery defendants' produced;

WHEREAS the parties wish to have sufficient time and opportunity to more fully discuss these issues;

1

**STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE (Dkt. 36); ORDER THEREON**
   *Duarte et al v. City of Stockton, et al.*, United States District Court, Eastern District of California, Case No.2:19-cv-00007-MCE-CKD

1  The parties hereby stipulate that defendants' Motion (Dkt . 36) now on calendar for hearing
2  on August 6, 2020, shall be continued for hearing to August 20, 2020, and the briefing schedule
3  modified accordingly as follows:

|  | **CURRENT** | **MODIFIED DEADLINE** |
|---|---|---|
| Plaintiffs' Opposition | July 23, 2020 | August 6, 2020 |
| Defendants' Reply | July 30, 2020 | August 13, 2020 |
| Motion Hearing Date | August 6, 2020 | August 20, 2020 |

Respectfully submitted,

Dated:  July 21, 2020			LAW OFFICE OF YOLANDA HUANG


					By:   */s/ Yolanda Huang*
					       YOLANDA HUANG
					       Attorneys for Defendants
					       FRANCISCO DUARTE and ALEJANDRO
					       GUTIERREZ


Dated:  July 21, 2020			OFFICE OF THE CITY ATTORNEY
					CITY OF STOCKTON


					By:*/s/ Jamil Ghannam* (as authorized on 7.21.2020)
					       JAMIL GHANNAM
					       *Attorneys for Defendants,*
					       CITY OF STOCKTON, STOCKTON
					       POLICE DEPARTMENT, ERIC JONES,
					       KEVIN JAYE HACHLER, ERIC B.
					       HOWARD, MICHAEL GANDY, CONNER
					       NELSON, and SGT. UNDERWOOD

**STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE (Dkt. 36); ORDER THEREON**
*Duarte et al v. City of Stockton, et al.*, United States District Court, Eastern District of California, Case No.2:19-cv-00007-MCE-CKD

# ORDER

Pursuant to the stipulation of the parties and finding good cause therefor, IT IS HEREBY ORDERED that the hearing date and briefing schedule shall be modified as follows:

|  | **CURRENT DEADLINE** | **MODIFIED DEADLINE** |
|---|---|---|
| Plaintiffs' Opposition | July 23, 2020 | August 6, 2020 |
| Defendants' Reply | July 30, 2020 | August 13, 2020 |
| Motion Hearing Date | August 6, 2020 | August 20, 2020 |

IT IS SO ORDERED.

Dated: July 27, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3

**STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE (Dkt. 36); ORDER THEREON**
*Duarte et al v. City of Stockton, et al.*, United States District Court, Eastern District of California, Case No.2:19-cv-00007-MCE-CKD