JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMIL GHANNAM, Deputy City Attorney
State Bar No. 300730
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT,
ERIC JONES, KEVIN JAYE HACHLER, ERIC B. HOWARD,
MICHAEL GANDY, CONNER NELSON, and SGT. UNDERWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ, Plaintiffs, vs. CITY OF STOCKTON, et al., Defendants. | Case No. 2:19-CV-00007-MCE-CKD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>*Fed.R.Civ.P. 26; Local Rule 141*<br><br>Date: September 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th Floor<br>Judge: Hon. Carolyn K. Delaney |
|---|---|

The Court, having reviewed the Defendants' Request to Seal, hereby finds as follows:

Based upon the Defendants' Request to Seal there exists good cause to have the following documents filed under seal for the purposes of evaluating Defendants non-dispositive motion(s):

Bates COS 000948-1575, Bates COS 2677-2864, Bates COS 001586-1607, Bates COS 1608-2374, Bates COS 2376-2676, 2685-2870, Bates COS 2685-2870, Bates COS 2876-2877, Bates COS 2878-2897 and Bates COS 2899-2945.

Defendants are hereby ordered to deliver the documents to the Court in accordance with Local Rule 141.

////

////

**IT IS SO ORDERED.**

Dated: August 13, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE