LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

Attorneys for Plaintiffs Francisco Duarte
 and Alejandro Gutierrez

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ<br><br>                    Plaintiff,<br><br>        vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER (1641); ERIC B. HOWARD (2448); MICHAEL GANDY (2858), CONNER NELSON (2613), SGT. UNDERWOOD, AND DOES 1-100.<br><br>                    Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>ORDER GRANTING PLAINTIFFS REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. |

After considering Plaintiffs Francisco Duarte's and Alejandro Gutierrez' Application (ECF No. 53) to continue the hearing date on defendants' motion for summary judgment in order to permit Plaintiffs to depose Defendant's police practices expert, Jeffry Hislop, prior to the deadline for filing opposition to Defendant's Motion for Summary Judgment (ECF No. 52), as well as the opposition and reply papers filed with respect thereto, and good cause appearing,

////

////

////

////

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court GRANTS Plaintiffs' Application (ECF No. 53).  Defendants' Motion for Summary judgment, now calendared for October 15, 2020, is continued to November 12, 2020 at 2:00 p.m. The parties may file supplemental opposition and reply papers in accordance with that revised hearing date and the Local Rules should they wish to do so.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

**Order Continuing the Hearing Date on Defendants' Motion for Summary Judgment**
*Duarte et al v. City of Stockton, et al.*, United States District Court, Eastern District of California, Case No.2:19-cv-00007-MCE-CKD