JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMIL GHANNAM, Deputy City Attorney
State Bar No. 300730
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT,
ERIC JONES, KEVIN JAYE HACHLER, ERIC B. HOWARD,
MICHAEL GANDY, CONNER NELSON, and SGT. UNDERWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ,<br><br>             Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, et al.,<br><br>             Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER FOR LEAVE TO FILE AN AMENDED ANSWER TO THE OPERATIVE FIRST AMENDED COMPLAINT** |

On October 19, 2020, the Court issued an order that Defendants file an answer to the First Amended Complaint within 10 days. (See Minute Order at Doc. 65.) Defendants thereafter immediately responded to the Court's Order and filed their Answer to the First Amended Complaint later that day on October 19, 2020. (See Doc. 66.)

Plaintiffs have requested that defendants amend their affirmative defenses to state supporting facts justifying each affirmative defenses and to identify which specific defendants is claiming each affirmative defense. Plaintiff's counsel and Defendant's counsel have been meeting and conferring concerning the Answer and the admissions, denials and affirmative defenses pled at Doc. 66 contained therein. It is agreed upon and stipulated to by the parties, that to avoid burdening the Court with a potential Motion to Strike by Plaintiffs the parties desire for Defendants to file an Amended Answer to the First Amended Complaint on or before November 13, 2020.

**IT IS SO STIPULATED.**

Dated: October 29, 2020                     JOHN M. LUEBBERKE
                                            CITY ATTORNEY


                                            BY    /s/ Jamil R. Ghannam
                                                JAMIL GHANNAM
                                                DEPUTY CITY ATTORNEY
                                                Attorneys for Defendants
                                                CITY OF STOCKTON, STOCKTON
                                                POLICE DEPARTMENT, ERIC JONES,
                                                KEVIN JAYE HACHLER, ERIC B.
                                                HOWARD, MICHAEL GANDY, CONNER
                                                NELSON, and SGT. UNDERWOOD


Dated: October 29, 2020                     LAW OFFICE OF YOLANDA HUANG


                                            By: /s/ Yolanda Huang as authorized October 29,
                                                2020
                                                YOLANDA HUANG
                                                Attorneys for Plaintiffs
                                                FRANCISCO DUARTE and ALEJANDRO
                                                GUTIERREZ


## ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendants are granted leave to file an Amended Answer to the First Amended Complaint, due on or before November 13, 2020.

IT IS SO ORDERED.

Dated: November 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE