UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DUARTE, et al., | No. 2:19-cv-00007-MCE-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

After reviewing the parties' status reports, see ECF Nos. 128–30, the Court agrees to rule on Defendants' remaining defenses in their previously filed Motion for Summary Judgment (ECF No. 52) before setting this matter for trial. However, that Motion only discussed the excessive force claims, but the Ninth Circuit also reinstated the false arrest and municipal liability claims which this Court previously dismissed under Federal Rule of Civil Procedure 12(b)(6). See ECF No. 88, at 17 (reversing, in part, "the district court's dismissal of Duarte's false arrest and municipal liability claims."). Therefore, Defendants will need to address those claims as well.

Accordingly, not later than thirty (30) days from the issuance of this Order, Defendants shall file a renewed Motion for Summary Judgment that includes argument on the previously dismissed false arrest and municipal liability claims. The opposition or
///

statement of non-opposition and reply due dates shall be filed in accordance with Local Rule 230.  Absent very good cause, discovery will not be reopened at this time.

IT IS SO ORDERED.

Dated:  July 18, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE