LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorneys for Plaintiffs Francisco Duarte

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO DUARTE AND ALEJANDRO GUTIERREZ<br>　　　　　Plaintiff,<br>　vs.<br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, KEVIN JAYE HACHLER (1641); ERIC B. HOWARD (2448); MICHAEL GANDY (2858), CONNER NELSON (2613), SGT. UNDERWOOD, AND DOES 1-100.<br>　　　　　Defendants. | Case No. 2:19-cv-00007-MCE-CKD<br><br>PARTIES STIPULATION TO EXTEND TIME FOR PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY RE: DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT AND ORDER<br><br>Date:  October 5, 2023<br>Time: 10:00 a.m.<br>Courtroom: 7, 14th Floor<br>Judge:  Hon. Morrison C. England |

　　　　Defendants filed a renewed motion for summary judgment on August 17, 2023. Thereafter the Clerk of the Court, required that the motion and supporting documents be refiled. These documents were refiled on. August 22, 2023.  Plaintiffs' opposition – based on the August 17, 2023 filing, is due on August 31, 2023; and based on the refiling is due on September 5, 2023.  In addition, defendants' counsel is unavailable in the middle of September, and requested that defendants be provided an extension of time to file their reply.

1

**STIPULATION AND ORDER SETTING DATES FOR PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY RE: DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**
*Duarte et al v. City of Stockton, et al.*, United States District Court, Eastern District of California, Case No.2:19-cv-00007-MCE-CKD

Therefore, the parties hereby agree and stipulate that plaintiffs may have up to and until September 12, 2023 in which to file their response and/or opposition; and defendants may have up to and including September 25, 2023 to file their reply.

IT IS SO STIPULATED.

Dated:  August 22, 2023                           LAW OFFICES OF YOLANDA HUANG


By: _/s/ Yolanda Huang_____
    YOLANDA HUANG
    Attorneys for Plaintiff

Dated:  August 22, 2023                           HERUM CRABTREE SUNTAG, LLP


By: */s/ Joshua J. Stevens*_____
    JOSHUA J. STEVENS
    Attorneys for all Defendants


## **ORDER**

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs shall have up to and including September 12, 2023, to file their response to Defendants' renewed motion for summary judgment, and defendants may have up to and including September 25, 2023, to file their reply.

IT IS SO ORDERED.

Dated:  August 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND ORDER SETTING DATES FOR PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY RE: DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**
*Duarte et al v. City of Stockton, et al.*, United States District Court, Eastern District of California, Case No.2:19-cv-00007-MCE-CKD